IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN BENEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:18-cv-04869-LMM |
| ) | |
| SANTANDER CONSUMER USA INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER COMPELLING ARBITRATION OF PLAINTIFF'S CLAIMS AND STAYING CASE

Pursuant to agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiff's claims against Santander Consumer USA Inc. are hereby compelled to arbitration pursuant to the arbitration provision contained in the July 25, 2015 Retail Installment Sale Contract executed by Plaintiff and assigned to Santander Consumer USA Inc.

2. IT IS FURTHER ORDERED that this case is stayed pending the conclusion of the arbitration. *The Clerk is directed to administratively close this case.*

DONE and ORDERED this 19th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE

32612607 v1