# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN BENEFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:18-cv-04869-LMM |
| SANTANDER CONSUMER USA INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff John Benefield ("Plaintiff") and Defendant Santander Consumer USA Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal, with prejudice, of each claim and count asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of May, 2019.

*s/ Octavio Gomez*  
Octavio "Tav" Gomez  
Georgia Bar No. 617963  
tgomez@forthepeople.com  
Morgan & Morgan, Tampa, P.A.  
One Tampa City Center  

*s/ R. Frank Springfield*  
R. Frank Springfield  
Georgia Bar No. 316045  
fspringf@burr.com  
Rachel R. Friedman  
Georgia Bar No. 456493  

33465477 v1

| | |
|---|---|
| 201 N. Franklin Street, 7th Floor | rfriedman@burr.com |
| Tampa, FL 33602 | BURR & FORMAN, LLP |
| Telephone: (813) 223-5505 | 171 Seventeenth Street, NW, Ste 1100 |
| Facsimile: (813) 223-54002 | Atlanta, Georgia  30363 |
| Attorney for Plaintiff | Telephone: (404) 815-3000 |
| JOHN BENEFIELD | Attorneys for Defendant |
| | SANTANDER CONSUMER USA INC. |

33465477 v1

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL** has been prepared with Times New Roman, 14-point font, one of the font and point selections approved by the Court in LR 5.1.

                                           *s/ R. Frank Springfield*
                                           R. Frank Springfield
                                           Georgia Bar No. 316045
                                           fspringf@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

33465477 v1

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I presented the foregoing **JOINT STIPULATION OF DISMISSAL** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Octavio "Tav" Gomez
Morgan & Morgan, Tampa, PA
201 North Franklin Street, 7th Floor
Tampa, FL  33602

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

*s/ R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com

33465477 v1